◼ In the Matter of the Estate of FREDERICK W. JAEGER, JR., Deceased. JOHN P. FARQUHAR et al., as Coexecutors of MARION J. FARQUHAR, Deceased, Respondents; MOLLY O'D. JAEGER et al., as Executors of FREDERICK W. JAEGER, JR., Deceased, Appellants.— Appeal from order of the Surrogate's Court, Nassau County, dated October 23, 1968, dismissed as moot, without costs. Brennan, Acting P. J., Benjamin, Munder, Martuscello and Kleinfeld, JJ., concur.

◼ In the Matter of the Arbitration between the SISTERS OF CHARITY OF SAINT VINCENT DE PAUL et al., Respondents, and BOEGEL AND ALLODI, Appellant.— Appeal, as limited by appellant's brief, from a judgment of the Supreme Court, Westchester County, dated November 18, 1968, to the extent that the judgment denied appellant's application (1) to stay arbitration and (2) to extend appellant's time to apply for such stay. Judgment affirmed, with $10 costs and disbursements to respondent the Sisters of Charity of Saint Vincent De Paul. In our opinion, Special Term properly concluded that it was without power to extend the 10-day period during which an application to stay arbitration may be made (CPLR 7503, subd. [c]; 201; *Matter of Jonathan Logan, Inc.* [*Stillwater Worsted Mills*], 31 A D 2d 208, affd. 24 N Y 2d 898; cf. *Langemyr* v. *Campbell,* 23 A D 2d 371). Brennan, Acting P. J., Hopkins, Benjamin, Munder and Martuscello, JJ., concur.